# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO:  8:04-CR-419-T-30

OLAWALE FAKOREDE

_____/

# ORDER

THIS CAUSE comes before the Court upon the Motion by the United States to Correct Scrivener's Mistakes (Dkt. #3).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.      The Motion by the United States to Correct Scrivener's Mistakes (Dkt. #3) is GRANTED.

2.      The correct spelling of the Defendant's name is OLAWALE FAKOREDE.

3.      The Defendant is a MALE.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel/Parties of Record

*F:\Docs\2004\04-cr-419.clarification.wpd*